Charles H. McCrea (SBN #104)
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, Nevada 89101
P 702.834.8777 | F 702.834.5262
chm@hmlawlv.com

Guy C. Nicholson (admitted *pro hac vice*)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
P 310.274.7100 | F 310.275.5697
gnicholson@bgrfirm.com

*Attorneys for Plaintiff MEHRDAD TAGHDIRI*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MEHRDAD TAGHDIRI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MYKALAI KONTILAI, an individual; and COLLECTORS COFFEE, INC., a Nevada corporation,<br><br>Defendants. | Case No.: 2:18-cv-01475-RFB-VCF<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT MYKALAI KONTILAI AND FOR LEAVE TO SERVE BY PUBLICATION** |

COMES NOW Plaintiff MEHRDAD TAGHDIRI, by and through his attorneys, and moves the Court for an order (1) extending by 120 days the time to serve process on Defendant MYKALAI KONTILAI ("Mr. Kontilai") and (2) granting leave to allow Plaintiff to effect service by publication. This motion is based on the grounds that numerous good faith attempts have been made to serve Mr. Kontilai personally and by mail and it is believed that he is intentionally avoiding service. All attempts to serve Mr. Kontilai at his residential and business addresses in the State of Nevada have been unsuccessful.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

This motion is made and based on Fed. R. Civ. P. 4(m) and 4(e)(1), Nev. R. Civ. P. 4(e)(1), the declaration and affidavits attached hereto and Memorandum of Points and Authorities that follows.

HEJMANOWSKI & McCREA LLC

By: /s/ *Charles H. McCrea*
    Charles H. McCrea (SBN #104)
    520 South Fourth Street, Suite 320
    Las Vegas, Nevada 89101

Guy C. Nicholson (admitted *pro hac vice*)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067

*Attorneys for Plaintiff MERHDAD TAGHDIRI*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.     STATEMENT OF FACTS

To date, in spite of Plaintiff's diligent and good faith efforts, he has been unable to effect service of process on Mr. Kontilai who appears to be intentionally avoiding service. As detailed in the attached Declaration of Lori Sambol Brody,[1] consulting a number of reliable sources Ms. Brody identified several addresses at which Mr. Kontilai could reasonably be expected to be present to accept service of process:

- Through the Nevada Secretary of State website, Mr. Kontilai was listed as an officer of co-defendant Collectors Coffee, Inc. and his address was given as: 3565 Las Vegas Blvd. South, Ste. 337, Las Vegas, NV. Brody Decl., Ex. 1, ¶ 4.

- The records of the Nevada Department of Motor Vehicles list two addresses for Mr. Kontilai: 566 Tam O'Shanter, Las Vegas, NV 89109 and 3565 Las Vegas Blvd. South, Ste. 337, Las Vegas, NV 89109. Brody Decl., Ex. 1, ¶ 5.

---

[1] Declaration of Lori Sambol Brody dated 10/3/18, Ex. 1 attached ("Brody Decl.").

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

- Through a private investigator retained by Ms. Brody identified two additional addresses where it was believed Mr. Kontilai might be found: MGM Grand Tower Suites, 145 E. Harmon Avenue, Unit 10-814, Las Vegas, NV 89109 and 3722 Las Vegas, Blvd. South, Unit 3502, Las Vegas, NV 89158. Brody Decl., Ex. 1, ¶ 7.

From June 15, 2018 through September 27, 2018, Plaintiff has attempted to effect personal service of the Summons and Complaint in this action on Mr. Kontilai as follows:

| DATE & TIME | ADDRESS | REFERENCE |
|---|---|---|
| 6/15/18 1:11 PM | 3565 Las Vegas Blvd. South, Ste. 337 Las Vegas, NV 89109 | Affidavit of Due Diligence of Anthony Spada ("Spada 8/3/18 Affidavit"), Ex. 2 attached. |
| 6/15/18 1:29 PM | 566 Tam O'Shanter Las Vegas, NV 89109 | Spada 8/3/18 Affidavit, Ex. 2. |
| 6/16/18 11:42 AM | 566 Tam O'Shanter Las Vegas, NV 89109 | Spada 8/3/18 Affidavit, Ex. 2. |
| 6/18/18 8:00 AM | 566 Tam O'Shanter Las Vegas, NV 89109 | Spada 8/3/18 Affidavit, Ex. 2. |
| 6/19/18 7:29 PM | 566 Tam O'Shanter Las Vegas, NV 89109 | Spada 8/3/18 Affidavit, Ex. 2. |
| 7/11/18 7:38 PM | 566 Tam O'Shanter Las Vegas, NV 89109 | Spada 8/3/18 Affidavit, Ex. 2. |
| 7/12/18 9:18 AM | 145 E. Harmon, Unit 10-814 Las Vegas, NV 89109 | Spada 8/3/18 Affidavit, Ex. 2. |
| 7/12/18 10:14 AM | 3722 Las Vegas Blvd. South, Unit 3502 Las Vegas, NV 89158 | Spada 8/3/18 Affidavit, Ex. 2. |
| 7/16/18 11:46 AM | 145 E. Harmon, Unit 10-814 Las Vegas, NV 89109 | Spada 8/3/18 Affidavit, Ex. 2. |
| 7/16/18 12:38 PM | 3722 Las Vegas Blvd. South, Unit 3502 Las Vegas, NV 89158 | Spada 8/3/18 Affidavit, Ex. 2. |
| 7/17/18 3:42 PM | 145 E. Harmon, Unit 10-814 Las Vegas, NV 89109 | Spada 8/3/18 Affidavit, Ex. 2. |
| 7/17/18 4:14 PM | 3722 Las Vegas Blvd. South, Unit 3502 Las Vegas, NV 89158 | Spada 8/3/18 Affidavit, Ex. 2. |
| 9/14/18 2:32 PM | 566 Tam O'Shanter Las Vegas, NV 89109 | Affidavit of Due Diligence of Anthony Spada ("Spada 10/4/18 Affidavit"), Ex. 3 attached. |
| 9/14/18 5:46 PM | 566 Tam O'Shanter Las Vegas, NV 89109 | Affidavit of Due Diligence of Judith Mae All ("All 10/3/18 Affidavit"), Exhibit 4 attached. |

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

| 9/15/18<br>3:17 PM | 566 Tam O'Shanter<br>Las Vegas, NV 89109 | All 10/3/18 Affidavit, Ex. 4 |
|---|---|---|
| 9/17/18<br>8:13 AM | 566 Tam O'Shanter<br>Las Vegas, NV 89109 | Spada 10/4/18 Affidavit, Ex. 3. |
| 9/19/18<br>7:13 PM | 566 Tam O'Shanter<br>Las Vegas, NV 89109 | Spada 10/4/18 Affidavit, Ex. 3. |
| 9/20/18<br>11:01 AM | 566 Tam O'Shanter<br>Las Vegas, NV 89109 | Spada 10/4/18 Affidavit, Ex. 3. |
| 9/25/18<br>10:03 AM | Collector's Café/Collectors Coffee<br>400 S. 4th Street<br>Las Vegas, NV 89109 | Spada 10/4/18 Affidavit, Ex. 3. |
| 9/27/18<br>4:47 PM | Collector's Coffee/Collectors Coffee<br>8020 Las Vegas Blvd. South<br>Las Vegas, NV 89123 | Spada 10/4/18 Affidavit, Ex. 3. |

Plaintiff has also attempted to serve copies of the Summons and Complaint in this action

on Mr. Kontilai by mail, with return receipt requested, sent to the following addresses:

3565 Las Vegas Blvd. South, Ste. 337
Las Vegas, NV 89109

566 Tam O'Shanter
Las Vegas, NV 89109

145 E. Harmon, Unit 10-814
Las Vegas, NV 89109

and

3722 Las Vegas Blvd. South, Unit 3502
Las Vegas, NV 89158

Brody Decl., Ex. 1, ¶ 9. All of the envelopes were returned unopened with the return receipt card

unsigned. *Id.*, ¶ 10.

## II.     LAW AND ANALYSIS

### A.     Standard for Extension of Time to Serve

FED. R. CIV. P. 4(m) provides in pertinent part as follows:

If a defendant is not served within 120 days after the complaint is filed, the
court – on motion or on its own after notice to the plaintiff – must dismiss the
action without prejudice against the defendant or order that service be made with a
specified time.  But if the plaintiff shows good cause for the failure, the court must

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

extend the time for service for an appropriate period.

Courts have broad discretion to extend time for service under Rule 4(m).  *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 203).  The United States Supreme Court has ruled that the 120-day time period for service contained in Rule 4(m) "operates not as an outer limit subject to reduction, but as an irreducible allowance."  *Henderson v. United States*, 517 U.S. 654, 661 (1996).  Rule 4(m) does "not tie the hands of the district court after the 120-day period has expired."  *See Mann v. American Airlines*, 324 F.3d 1088, 1090 (9th Cir. 2003).  Rather, Rule 4(m) "explicitly permits a district court to grant an extension of time to serve the complaint after that 120-day period."  *See id*. (emphasis in original).

The Advisory Committee Notes to Rule 4(m) provide that the rule explicitly provides that the court "shall allow additional time if there is good cause for the plaintiff's failure to effect service in the prescribed 120 days," and "authorizes the court to relieve a plaintiff of the consequences of an application of [Rule 4(m)] even if there is not good cause shown."  *See* FED. R. CIV. P. 4(m).  Advisory Committee Notes, 1993 Amendments.  In general, a plaintiff demonstrates "good cause" by a show of diligence.  *See* Wright & Miller, *Federal Practice and Procedure: Civil 3d* § 1337.  *See also, Bouddette v. Barnette*, 923 F.2d 754, 756 (9th Cir. 1991) ("At a minimum, good cause means excusable neglect.")

Exhibits 1 through 4 demonstrate Plaintiff's diligent effort to serve Mr. Kontilai and good cause clearly exists to extend the time to effect service.  Plaintiff requests an extension of 120 days.

### B.    Leave Should Be Granted to Serve Mr. Kontilai by Publication

Fed. R. Civ. P. 4(e)(1) provides for service in two ways: (1) "by following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is mage" or (2) by delivering a copy of the summons

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

and complaint to the party personally, leaving it at the party's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or delivering it to an agent authorized by appointment or by law. Fed. R. Civ. P. 4(e)(1). In Nevada, Rule 4 of the Nevada Rules of Civil Procedure governs service of process under state law. Parties are required to personally serve summonses and complaints upon natural defendants. Where that is not possible because a defendant is, for example, avoiding personal service, a plaintiff may obtain leave of court to serve by publication.

A party seeking to serve by publication must seek leave of court by filing an affidavit demonstrating due diligence in attempting to personally serve. Nevada courts generally consider several key factors when evaluating whether a plaintiff seeking service by publication has demonstrated due diligence. Among other things, Nevada courts consider the number of attempts of service made by the plaintiff and methods used to locate the defendant. See, e.g., Price v. Dunn, 106 Nev. 100, 103 (1990); Abreu v. Gilmer, 115 Nev. 308, 311 (1999); McNair v. Rivera, 110 Nev. 463, 464 (1994). Where "other reasonable methods exist for locating the whereabouts of a defendant," the court may deny a request to serve by publication. See Price, 106 Nev. at 103. But where the court determines that thee plaintiff has exercised due diligence in attempting service, and consulted available information to locate a defendant, service by publication should be granted. See Abreu, 115 Nev. at 311 (attempts at service at possible and consulting telephone company directories sufficient to show due diligence.).

Nᴇᴠ. R. Cɪᴠ. P. 4(e) provides:

(1) Service by Publication.

(i) General. In addition to methods of personal service, when the person on whom service is to be made resides out of the state, or has departed from the state, or cannot, after due diligence, be found within the state, or by concealment seeks to avoid the service of summons, and the fact shall appear, by affidavit, to the satisfaction of the court or judge thereof, and it shall appear, either by affidavit or by a verified complaint on file, that a cause of action exists

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

against the defendant in respect to whom the service is to be made, and that the defendant is a necessary or proper party to the action, such court or judge may grant an order that the service be made by the publication of summons.

Provided, when said affidavit is based on the fact that the party on whom service is to be made resides out of the state, and the present address of the party is unknown, it shall be a sufficient showing of such fact if the affiant shall state generally in such affidavit that at a previous time such person resided out of this state in a certain place (naming the place and stating the latest date known to affiant when such party so resided there); that such place is the last place in which such party resided to the knowledge of affiant; that such party no longer resides at such place; that affiant does not know the present place of residence of such party or where such party can be found; and that affiant does not know and has never been informed and has no reason to believe that such party now resides in this state; and, in such case, it shall be presumed that such party still resides and remains out of the state, and such affidavit shall be deemed to be a sufficient showing of due diligence to find the defendant. This rule shall apply to all manner of civil actions, including those for divorce.

(ii) Property. In any action which relates to, or the subject of which is, real or personal property in this state in which such person defendant or corporation defendant has or claims a lien or interest, actual or contingent, therein, or in which the relief demanded consists wholly or in part of excluding such person or corporation from any interest therein, and the said defendant resides out of the state or has departed from the state, or cannot after due diligence be found within the state, or by concealment seeks to avoid the service of summons, the judge or justice may make an order that the service be made by the publication of summons; said service by publication shall be made in the same manner as now provided in all cases of service by publication.

(iii) Publication. The order shall direct the publication to be made in a newspaper, published in the State of Nevada, to be designated by the court or judge thereof, for a period of 4 weeks, and at least once a week during said time. In addition to in-state publication, where the present residence of the defendant is unknown the order may also direct that publication be made in a newspaper published outside the State of Nevada whenever the court is of the opinion that such publication is necessary to give notice that is reasonably calculated to give a defendant actual notice of the proceedings. In case of publication, where the residence of a nonresident or absent defendant is known, the court or judge shall also direct a copy of the summons and complaint to be deposited in the post office, directed to the person to be served at the person's place of residence. The service of summons shall be deemed complete in cases of publication at the expiration of 4 weeks from the first publication, and in cases when a deposit of a copy of the summons and complaint in the post office is also required, at the expiration of 4 weeks from such deposit.

Here, Plaintiff has consulted website directories and government agency websites in

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

order to try and locate Mr. Kontilai and sent private investigators/process servers to those addresses, all to no avail. Plaintiff has also attempted to serve copies of the Summons and Complaint by mail, also to no avail. The Court should find that Plaintiff has made adequate good faith efforts to locate and serve Mr. Kontilai and that Plaintiff may now resort to service by publication.

## III.  CONCLUSION

The Court should issue an order extending Plaintiff's time to effect service of process on Mr. Kontilai for 120 days from the date hereof and allowing Plaintiff to effect such service by publication in accordance with the provisions of NEV. R. CIV. P. 4(e).

Respectfully submitted,

HEJMANOWSKI & MCCREA LLC

By: /s/ *Charles H. McCrea*
    Charles H. McCrea (SBN #104)
    520 South Fourth Street, Suite 320
    Las Vegas, Nevada 89101

Guy C. Nicholson (admitted *pro hac vice*)
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067

*Attorneys for Plaintiff MERHDAD TAGHDIRI*

APPROVED:

DATED this  23rd day of October, 2018.


_____
RICHARD F. BOULWARE, II
United States District Judge

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

**EXHIBIT 1**

**EXHIBIT 1**

## **DECLARATION OF LORI SAMBOL BRODY**

I, Lori Sambol Brody, declare and state as follows:

1.      I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California.  I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Mehrdad Taghdiri in this matter.  I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2.      This action was filed in the United States District Court for the Central District of California on June 12, 2018.

3.      We have made numerous attempts to serve defendant Mykalai Kontilai with the initial California summons and complaint, which are described in more detail in the concurrently filed declarations of Ace Legal and Bullet Legal Services.

### **Initial Attempts at Service**

4.      I conducted a business records search for the other defendant in the case, Collector's Coffee, Inc., through the Nevada Secretary of State website.  Mr. Kontilai was listed as an officer of Collector's Coffee, Inc., and his address was given as:

> 3565 Las Vegas Blvd. #337
> Las Vegas, NV 89109

A true and correct copy of the information from the Nevada Secretary of State website (last accessed October 3, 2018) is attached hereto as Exhibit A.

5.      Because I suspected that the address in paragraph 4 was a post office box, a Westlaw search was conducted, on my instruction and supervision, to determine other potential current addresses for Mr. Kontilai.  We found the following potential current address:

> 566 Tam O Shanter
> Las Vegas, NV 89109

This address was obtained from the Department of Motor Vehicles records as a mailing address for the most recent registration for Mr. Kontilai's automobile.  A true and correct copy of the portion of the Westlaw printout showing that address is attached as Exhibit B.  (Note also that Secretary of State printout attached as Exhibit A states that two directors of Collector's Coffee – Omar Liceaga and Adriana Sanchez – reside at the Tam O Shanter address.)

1    6.    On June 14, 2018, I instructed the process server, Ace Legal, to attempt to serve the

2    complaint and summons on Mr. Kontilai at the two addresses identified above. Ace Legal

3    informed me that the first address, as I had suspected, was a UPS Store and therefore Ace Legal

4    could not serve the summons and complaint. The process server attempted to serve Mr. Kontilai

5    at the Tam O Shanter address several times, but no one ever answered the door. However, Ace

6    Legal informed me that the security guard at the gated community told him that Mr. Kontilai

7    owned the unit.

8    7.    After Ace Legal was unable to serve Mr. Kontilai at the Tam O Shanter address, I

9    consulted a private investigator, Dave Vacca. On July 9, 2018, Mr. Vacca pointed me to two

10   addresses where he believed Mr. Kontilai may reside:

11       MGM Grand Tower Suites
         145 E. Harmon Avenue, Unit 10-814
12       Las Vegas, NV 89109

13       3722 Las Vegas Blvd. South, Unit 3502
         Las Vegas, NV 89158
14

15   8.    On July 10, 2018, I asked Ace Legal to attempt to serve Mr. Kontilai at those two

16   addresses. They were unable to do so and they were unable to confirm that Mr. Kontilai even

17   lived at those addresses.

18                              **Service by Mail**

19   9.    On July 11, 2018, we attempted to serve Mr. Kontilai with the summons and

20   complaint by mail, with returned receipt requested, as permitted by the California Code of Civil

21   Procedure. I caused envelopes to be sent to the following addresses, which consisted of all four

22   addresses discovered above where we believed that Mr. Kontilai may reside or accept service:

23       3565 Las Vegas Blvd. South, #337
         Las Vegas, NV
24
         566 Tam O Shanter
25       Las Vegas, NV 89109

26       MGM Grand Tower Suites
         145 E. Harmon Avenue, Unit 10-814
27       Las Vegas, NV 89109

28

3722 Las Vegas Blvd. South, Unit 3502
Las Vegas, NV 89158

10.     All of the envelopes were returned to us unopened with the return receipt card unsigned in late July 2018 and early August 2018.  Copies of the four envelopes are attached as Exhibit C.

## Additional Attempts

11.     On August 7, 2018, Judge Dale S. Fischer for the United States District Court for the Central District of California ordered this action to be transferred from the Central District of California to the District of Nevada.  On September 1, 2018, the District of Nevada issued a summons for Mr. Kontilai.

12.     I consulted with another private investigator, Omar Rodriguez at Pivotal Investigations.  Mr. Rodriguez concluded that the Tam O Shanter address was most likely the current address of Mr. Kontilai and his wife.  He also informed me that an entity named Collector's Café, owned by Mr. Kontilai, was located at 400 S. 4th Street, Las Vegas, CA 89101.

13.     Therefore, on September 13, 2018, I requested a process server, Bullet Legal Services, to again attempt to serve Mr. Kontilai at the Tam O Shanter address.  The process server informed me that he was told that Mr. Kontilai did not live at that address.

14.     On September 24, 2018, I requested that Bullet Legal Services attempt to serve Mr. Kontilai at the 400 S. 4th Street address for Collector's Café, and another address I had found in recent insurance documents for Collector's Coffee, 8020 Las Vegas Blvd. South, Las Vegas, NV 89123.  The process server informed me that Collector's Café was not at the first address and that Mr. Kontilai and Collector's Café had a mailbox at the second address.

Executed this 3d day of October 2018, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Lori Sambol Brody

# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Search nvsos.gov...          GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

**My Data Reports   Commercial Recordings   Licensing**

# COLLECTOR'S COFFEE, INC.

Q New Search                    Manage this Business     $ Calculate List Fees      🖨 Printer Friendly

## Business Entity Information

|  |  |  |  |
|---|---|---|---|
| Status: | Active | File Date: | 11/1/2007 |
| Type: | Domestic Corporation | Entity Number: | E0754932007-3 |
| Qualifying State: | NV | List of Officers Due: | 11/30/2018 |
| Managed By: |  | Expiration Date: |  |
| NV Business ID: | NV20071411377 | Business License Exp: | 11/30/2018 |

## Additional Information

|  |  |
|---|---|
| Central Index Key: |  |

## Registered Agent Information

|  |  |  |  |
|---|---|---|---|
| Name: | ROBERT K. SPARKS | Address 1: | 7424 W SAHARA AVE |
| Address 2: |  | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89117 |
| Phone: |  | Fax: |  |
| Mailing Address 1: |  | Mailing Address 2: |  |
| Mailing City: |  | Mailing State: | NV |
| Mailing Zip Code: |  |  |  |
| Agent Type: | Noncommercial Registered Agent |  |  |

View all business entities under this registered agent

## Financial Information

|  |  |  |  |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 650,000.00 |
| Par Share Count: | 12,500,000.00 | Par Share Value: | $ 0.01 |
| Par Share Count: | 52,500,000.00 | Par Share Value: | $ 0.01 |

‒| **Officers**                                                          ☐ Include Inactive Officers

## President - MYKALAI KONTILAI

| Address 1: | 3565 LAS VEGAS BLVD SOUTH #337 | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

## Secretary - MYKALAI KONTILAI

| Address 1: | 3565 LAS VEGAS BLVD SOUTH 337 | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

## Treasurer - MYKALAI KONTILAI

| Address 1: | 3565 LAS VEGAS BLVD SOUTH #337 | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

## Director - MYKALAI KONTILAI

| Address 1: | 3565 LAS VEGAS BLVD SOUTH #337 | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

## Director - OMAR LICEAGA

| Address 1: | 566 TAM O'SHANTER | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

## Director - ADRIANA SANCHEZ

| Address 1: | 566 TAM O'SHANTER | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89109 | Country: | |
| Status: | Active | Email: | |

---

**−| Actions\Amendments**

Click here to view 18 actions\amendments associated with this company

© 2018 All Rights Reserved. Terms of Use | Privacy Policy and Disclaimer | About This Site

## Motor Vehicle Record

**Source Information**
  Coverage Begin Date:                          01/01/2000

  Information Current Through:                   06/05/2018

  Database Last Updated:                         06/22/2018

  Update Frequency:                              2X MONTHLY

  Current Date:                                  07/02/2018

  Source:                                        DEPT. OF MOTOR VEHICLES

**Vehicle Information**
  VIN:                                           1LNHM83W34Y684308

  Vehicle Type:                                  PASSENGER CAR

  Model Year:                                    2004

  Make:                                          LINCOLN

  Body Style:                                    SEDAN 4D 6P

  Model/Series:                                  TOWN CAR ULTIMATE

**Registration Information**
  Registration Renewal Date:                     03/08/2018

  Expiration Date:                               03/05/2019

  Registrant(s) Since:                           04/13/2013

  Name:                                          KONTILAI, MYKALAI

  Interest:                                      REGISTRANT

  Mailing Address:                               566 TAM O SHANTER
                                                 LAS VEGAS, NV 89109-1494

  County:                                        CLARK

**Title Information:**
  Original Title Date:                           03/01/2013

  Title Number:                                  NV005984377 4

  Name:                                          KONTILAI, MYKALAI

| | |
|---|---|
| Interest: | OWNER |
| Title Transaction Date: | 03/01/2013 |
| Mailing Address: | 3565 LAS VEGAS BLVD S 337<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 1**

| | |
|---|---|
| Registration Renewal Date: | 03/01/2017 |
| Expiration Date: | 03/05/2018 |
| Name: | KONTILAI, MYKALAI |
| Interest: | REGISTRANT |
| Mailing Address: | 566 TAM O SHANTER<br>LAS VEGAS, NV 89109-1494 |
| County: | CLARK |

**Historical DMV Record 2**

| | |
|---|---|
| Registration Renewal Date: | 03/02/2016 |
| Expiration Date: | 03/05/2017 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | KONTILAI, MYKALAI |
| Interest: | REGISTRANT |
| Mailing Address: | 3565 LAS VEGAS BLVD S<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 3**

| | |
|---|---|
| Registration Renewal Date: | 03/16/2015 |
| Expiration Date: | 03/05/2016 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | KONTILAI, MYKALAI |

| | |
|---|---|
| Interest: | REGISTRANT |
| Mailing Address: | 3565 LAS VEGAS BLVD S<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 4**

| | |
|---|---|
| Registration Renewal Date: | 03/05/2014 |
| Expiration Date: | 03/05/2015 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | KONTILAI, MYKALAI |
| Interest: | REGISTRANT |
| Mailing Address: | 3565 LAS VEGAS BLVD S<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 5**

| | |
|---|---|
| Registration Renewal Date: | 08/17/2013 |
| Expiration Date: | 02/02/2014 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | KONTILAI, MYKALAI |
| Interest: | REGISTRANT |
| Mailing Address: | 3565 LAS VEGAS BLVD S<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 6**

| | |
|---|---|
| Registration Renewal Date: | 06/06/2012 |
| Expiration Date: | 06/28/2013 |
| Issuing State: | NV |

| | |
|---|---|
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 7**

| | |
|---|---|
| Registration Renewal Date: | 05/31/2011 |
| Expiration Date: | 06/28/2012 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 8**

| | |
|---|---|
| Registration Renewal Date: | 06/02/2010 |
| Expiration Date: | 06/28/2011 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 9**

| | |
|---|---|
| Registration Renewal Date: | 06/02/2009 |
| Expiration Date: | 06/28/2010 |

Motor Vehicle: KONTILAI, MYKALAI

| | |
|---|---|
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 10**

| | |
|---|---|
| Registration Renewal Date: | 06/06/2008 |
| Expiration Date: | 06/28/2009 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 11**

| | |
|---|---|
| Registration Renewal Date: | 05/25/2007 |
| Expiration Date: | 06/28/2008 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 12**

| | |
|---|---|
| Registration Renewal Date: | 06/20/2006 |
| Expiration Date: | 06/28/2007 |
| Issuing State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 44 DESERT HIGHLANDS DR HENDERSON, NV 89052-6521 |
| County: | CLARK |

**Historical DMV Record 13**

| | |
|---|---|
| Registration Renewal Date: | 06/24/2005 |
| Expiration Date: | 06/28/2006 |
| Issuing State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 44 DESERT HIGHLANDS DR HENDERSON, NV 89052-6521 |
| County: | CLARK |

**Historical DMV Record 14**

| | |
|---|---|
| Title Transfer Date: | 07/22/2004 |
| Name: | FORD MOTOR CREDIT |
| Interest: | LIEN HOLDER |
| Mailing Address: | PO BOX 105704 105704 ATLANTA, GA 30348-5704 |
| County: | FULTON |
| Title Transfer Date: | 07/22/2004 |
| Name: | BYRON D. FORD |
| Interest: | OWNER |
| Mailing Address: | 44 DESERT HIGHLANDS DR |

HENDERSON, NV 89052-6521

**County:** CLARK

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document** © 2018 Thomson Reuters. No claim to original U.S. Government Works.

**EXHIBIT C**

**EXHIBIT C**



Lori Brody
2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067

7017 0530 0000 3160 1299

RECEIVED
JUL 27 2018
Browne George Ross LLP



02 1P
0003201307
MAILED FROM ZIP

UNITED STATES POSTAGE $

Mykalai Kontilai
3565 Las Vegas Blvd. South
# 337
Las Vegas, Nevada 89109

NIXIE        89109521 4-1N        07/24/18

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



UNITED STATES POSTAGE

$

02 1P
0003201307
MAILED FROM ZIP

RECEIVE[
AUG 06 2018
Browne George Ros[

AUG 6 2018
Browne George Ross LLP

Lori Brody
2121 Avenue ~~
Suite 2800
Los Angeles, California 90067

7015 0640 0000 0945 3381

Mykalai Kontilai
566 Tam O Shanter
Las Vegas, Nevada 89109

0107/29/18

NIXIE        851    42 1
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
MANUAL PROC REQ

BC: 2104N210112-00827

UNITED STATES POSTAGE
$

West Valley,PHOENIX

THU 19 JUL 2018 AM

RECEIVED
JUL 2 7 2018
Browne George Ross LLP

Return To Sender
Return To Sender
Return To Sender

We do not accept certified mail

...ontilai
...a Grand
Property Tower Suites
145 E. Harmon Ave, Unit 10-814
Las Vegas, Nevada 89109

UNABLE TO
851
7 E N
N C0007/18/18
UNABLE TO FORWARD/FOR REVIEW*E034****

BC: 89109464429 DUZ18*N200009*0714

NIXIE        851   CE 1        0107/24/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 90067505200   2104N206035-00035

4374

Lori B
2121 A
Suite 2
Los A

UNITED STATES POSTAGE

$

02 1P
0003201307
MAILED FROM ZIP



RECEIVED

AUG - 1 2018

Brown, Neri & Smith LLP

NIXIE        851    F2 1                    0007/29/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:  9006750520D      2104N210110-01038

**Mykalai Kontilai**
**3722 Los Vegas Blvd. South**
**Unit 3502**






7015 0640 0000 0945 7709

Lori Brody
2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067

EXHIBIT 2

EXHIBIT 2

# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:18-CV-05190-DSF-
PLA

Plaintiff:
**MEHRDAD TAGHDIRI, an individual**

vs.

Defendants:
**MYKALAI KONTILAI, an individual; and COLLECTORS COFFEE, INC., a
Nevada corporation**

Received by Ace Attorney Service, Inc. (Los Angeles) on the 14th day of June, 2018 at 1:11 pm to be
served on **MYKALAI KONTILAI, 3565 Las Vegas Blvd. South, Suite #337, Las Vegas, NV 89109.**

I, Anthony Spada, being duly sworn, depose and say that on the **17th day of July, 2018** at **4:14 pm**, I:

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT,
CERTIFICATION AND NOTICE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT TO UNITED
STATES JUDGES, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM and STANDING
ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER** for the reasons detailed in the
comments below.

**Additional Information pertaining to this Service:**

6/15/2018 1:11 pm Attempted service was made at the address of 3565 Las Vegas Blvd. South, Suite
#337, Las Vegas, NV 89109. This is a commercial address. The business tenant is The UPS Store; a mail
box and shipping business. The staffer could not provide information regarding previous or current
customers.

6/15/2018 1:29 pm Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. No lights were observed within the residence. A dog was heard barking within the
residence. No vehicle was observed.

6/16/2018 11:42 am Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. No lights were observed within the residence. A dog was heard barking within the
residence. No vehicle was observed. The guard confirmed that the Kontilai's are listed on the community
database as occupying this residence. .

6/18/2018 8:00 am Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. No lights were observed within the residence. A dog was heard barking within the
residence. No vehicle was observed.

6/19/2018 7:29 pm Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. No lights were observed within the residence. A dog was heard barking within the
residence. No vehicle was observed.

7/11/2018 7:38 pm Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. Observed lights within the residence. A dog was heard barking within the



## AFFIDAVIT OF NON-SERVICE For 2:18-CV-05190-DSF-PLA

residence. No vehicle was observed.

7/12/2018 9:18 am Attempted service was made at the address of 145 E. Harmon Avenue, Unit 10-814, Las Vegas, NV 89109. This address is a high rise community having 3 buildings. The concierge in building 1 could not assist and stated that security was not available to assist.

7/12/2018 10:14 am Attempted service was made at the address of 3722 Las Vegas Blvd. South, Unit 3502, Las Vegas, NV 89158. This address is a luxury high rise living community. The concierge (white, female, 25 y/o, 5'5", 130 lbs., brown hair, no glasses) was unable to provide information regarding tenants and guests.

7/16/2018 11:46 am Attempted service was made at the address of 145 E. Harmon Avenue, Unit 10-814, Las Vegas, NV 89109. This address is a high rise community having 3 buildings. The concierge in building 1 could not assist and stated that security was not available to assist.

7/16/2018 12:38 pm Attempted service was made at the address of 3722 Las Vegas Blvd. South, Unit 3502, Las Vegas, NV 89158. This address is a luxury high rise living community. The concierge (white, male, 30 y/o, 6'0", 200 lbs., brown hair, no glasses) was unable to provide information regarding tenants and guests.

7/17/2018 3:42 pm Attempted service was made at the address of 145 E. Harmon Avenue, Unit 10-814, Las Vegas, NV 89109. Doris (black, female, 35 y/o, sitting, brown hair, no glasses), Residential Services, stated that Mykalai Kontilai did not live at this community.

7/17/2018 4:14 pm Attempted service was made at the address of 3722 Las Vegas Blvd. South, Unit 3502, Las Vegas, NV 89158. This address is a luxury high rise living community. The Conierge, Marie (Hispanic, female, 30 y/o, 5'4", 145 lbs., brown hair, no glasses) stated that Mykalai Kontilai did not live in this community.

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

State of Nevada
County of Clark

Subscribed and Sworn to before me on the 3rd day of _Augst_, _2018_ by the affiant who is personally known to me.

NOTARY PUBLIC

Anthony Spada
R-045877

**Ace Attorney Service, Inc. (Los Angeles)**
**811 Wilshire Boulevard, Suite 900**
**Los Angeles, CA 90017**
**(213) 623-3979**

Our Job Serial Number: BRT-2018002016
Ref: 1584528



BERT LOTT
Notary Public, State of Nevada
Appointment No. 07-4864-1
My Appt. Expires Sept 14, 2019

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

**EXHIBIT 3**

**EXHIBIT 3**

# AFFIDAVIT OF DUE DILIGENCE

**State of Nevada**

**United States District Court**

Case Number: 2:18-CV-01475-RFB-VCF

Plaintiff:
**MEHRDAD TAGHDIRI, an individual**

vs.

Defendants:
**MYKALAI KONTILAI, an individual; and COLLECTORS COFFEE, INC., a
Nevada corporation**

Received by Bullet Legal Services on the 13th day of September, 2018 at 4:29 pm to be served on
**MYKALAI KONTILAI, 566 Tam O'Shanter, Las Vegas, NV 89109.**

I, Anthony Spada, being duly sworn, depose and say that on the **27th day of September, 2018** at **4:47 pm,
I:**

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, CERTIFICATION AND NOTICE OF INTERESTED
PARTIES and COMPLAINT**. After due search, careful inquiry and diligent attempts was unable to serve
on **MYKALAI KONTILAI** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**

9/14/2018 2:32 pm Attempted service was made at the address of 566 Tam O'Shanter, Las Vegas, NV
89109. This address is within a guard gated community. A guard escort was received. The guard stated
that Mykalai Kontilai owns the property but does not know if he lives there. She knows that a female lives at
the address. The guard stated that surveillance is not allowed within the community. The Affiant received a
response at the door. Maria (Hispanic, female, 65 y/o, 5'5', 150 lbs., grey hair, no glasses) stated that she
has been renting this residence for approximately 2 years. She pays her rent to a property management
company. Maria did not know the Kontilai's. Maria did not match the provided photograph. Observed two
vehicles parked in the proximity of the residence: Nevada plate 925YDX and Nevada specialty plate US
914A.

9/17/2018 8:13 am Attempted service was made at the address of 566 Tam O'Shanter, Las Vegas, NV
89109. This address is within a guard gated community. A guard escort was received. Observed two
vehicles parked in the proximity of the residence: Nevada plate 925YDX and Nevada specialty plate US
914A.

9/19/2018 7:13 pm Attempted service was made at the address of 566 Tam O'Shanter, Las Vegas, NV
89109. This address is within a guard gated community. A guard escort was received. Observed two
vehicles parked in the proximity of the residence: Nevada plate 925YDX and Nevada specialty plate US
914A.

9/20/2018 11:01 am Attempted service was made at the address of 566 Tam O'Shanter, Las Vegas, NV
89109. This address is within a guard gated community. A guard escort was received. Observed two
vehicles parked in the proximity of the residence: Nevada plate 925YDX and Nevada specialty plate US
914A.

9/25/2018 10:03 am Attempted service was made at the address of Collector's Cafe/Collectors Coffee, 400
S. 4th Street, Las Vegas, NV 89101. This is a commercial address. A unit number was missing for this
address. The building directory did not contain the name of Collector's Cafe/Collectors Coffee. The security
guard (white, 65 y/o, sitting grey hair, no glasses) stated that Collector's Cafe one occupied a space on the
first floor approximately 4 years ago. He stated that is as a space where collector met to trade. The guard
believes Collector's Cafe went out of business. No additional information was available.



## AFFIDAVIT OF DUE DILIGENCE For 2:18-CV-01475-RFB-VCF

9/27/2018  4:47 pm  Attempted service was made at the address of Collector's Cafe/Collectors Coffee, 8020 Las Vegas Blvd. South, Las Vegas, NV 89123.  This is commercial address.  The business tenant is Smartstop Self Storage, (888) 79-storage: storage facility with mailboxes.  The staffer (white, female, 50 y/o, sitting, glasses) confirmed that Mykalai Kontilai and Collector's Cafe had a mailbox at this location.  She stated that she is authorized to sign for all packages.  She did not provide the mailbox number.

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

Anthony Spada
R-045877

**Bullet Legal Services**
**1930 Village Center Circle, #3-965**
**Las Vegas, NV 89134**
**(702) 823-1000**

State of Nevada
County of Clark

Subscribed and Sworn to before me on the _4th_
day of _October_, _2018_ by the affiant
who is personally known to me.

NOTARY PUBLIC

Our Job Serial Number: BRT-2018003017

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p



BERT LOTT
Notary Public, State of Nevada
Appointment No. 07-4864-1
My Appt. Expires Sept 14, 2019

# EXHIBIT 4

# EXHIBIT 4

# AFFIDAVIT OF DUE DILIGENCE

## UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA
## CLARK COUNTY, STATE OF NEVADA

MEHRDAD TAGHDIRI, an individual,

Plaintiff(s)

v.

MYKALAI KONTILAI, an individual; et al.,

Defendant(s)

Case No.:2:18-cv-01475-RFB-VCF
Charles H. McCrea, Esq., Bar No. 104
Hejmanowski & McCrea LLC
520 S. 4th Street, Suite 320
Las Vegas, NV 89101
(702) 834-8777
*Attorneys for the Plaintiff*

Client File# 1662-0001 CHM

I, Judith Mae All, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons in a Civil Action; Complaint, from Hejmanowski & McCrea LLC

That attempts were made to serve Mykalai Kontilai with Summons in a Civil Action; Complaint, at:

Attempted at 566 Tam O'Shanter, Las Vegas, NV 89109 On 9/14/2018 at 5:46 PM
Results: Guard gated community.  Roving guard met at property and stayed in his car while I went to door.  No answer, quiet, wheelchair on porch, camera at door.  Silver Cadillac Town Car -  Nevada Plate number 925YDX parked in space #566.

Attempted at 566 Tam O'Shanter, Las Vegas, NV 89109 On 9/15/2018 at 3:17 PM
Results: Guard gated community, no escort available, but allowed access.  SPOKE WITH:   Maria Perez (Latino, Female, 60's 5'7", 170 lbs., Gray hair, Brown eyes).   She stated that she does not know Mykalai Kontilai, insists he does not reside at this residence.

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.  I declare under perjury that the foregoing is true and correct.

Judith Mae All
Registered Work Card# R-040570
State of Nevada

State of: NEVADA
County of: CLARK

Subscribed and sworn before me, a
Notary Public, this 3RD day of
OCTOBER 2018

BY: Judith Mae All

Jeffrey Price
Notary Public
My Commission expires on: 5/19/2021

JEFF PRICE
Notary Public, State of Nevada
Appointment No. 13-10453-1
My Appt. Expires May 19, 2021

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656



Order #:NV148271
Their File 1662-0001 CHM

EXHIBIT 1

EXHIBIT 1

## DECLARATION OF LORI SAMBOL BRODY

I, Lori Sambol Brody, declare and state as follows:

1.    I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Plaintiff Mehrdad Taghdiri in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2.    This action was filed in the United States District Court for the Central District of California on June 12, 2018.

3.    We have made numerous attempts to serve defendant Mykalai Kontilai with the initial California summons and complaint, which are described in more detail in the concurrently filed declarations of Ace Legal and Bullet Legal Services.

### Initial Attempts at Service

4.    I conducted a business records search for the other defendant in the case, Collector's Coffee, Inc., through the Nevada Secretary of State website. Mr. Kontilai was listed as an officer of Collector's Coffee, Inc., and his address was given as:

> 3565 Las Vegas Blvd. #337
> Las Vegas, NV 89109

A true and correct copy of the information from the Nevada Secretary of State website (last accessed October 3, 2018) is attached hereto as Exhibit A.

5.    Because I suspected that the address in paragraph 4 was a post office box, a Westlaw search was conducted, on my instruction and supervision, to determine other potential current addresses for Mr. Kontilai. We found the following potential current address:

> 566 Tam O Shanter
> Las Vegas, NV 89109

This address was obtained from the Department of Motor Vehicles records as a mailing address for the most recent registration for Mr. Kontilai's automobile. A true and correct copy of the portion of the Westlaw printout showing that address is attached as Exhibit B. (Note also that Secretary of State printout attached as Exhibit A states that two directors of Collector's Coffee – Omar Liceaga and Adriana Sanchez – reside at the Tam O Shanter address.)

1    6.    On June 14, 2018, I instructed the process server, Ace Legal, to attempt to serve the

2    complaint and summons on Mr. Kontilai at the two addresses identified above.  Ace Legal

3    informed me that the first address, as I had suspected, was a UPS Store and therefore Ace Legal

4    could not serve the summons and complaint.  The process server attempted to serve Mr. Kontilai

5    at the Tam O Shanter address several times, but no one ever answered the door.  However, Ace

6    Legal informed me that the security guard at the gated community told him that Mr. Kontilai

7    owned the unit.

8    7.    After Ace Legal was unable to serve Mr. Kontilai at the Tam O Shanter address, I

9    consulted a private investigator, Dave Vacca.  On July 9, 2018, Mr. Vacca pointed me to two

10   addresses where he believed Mr. Kontilai may reside:

11        MGM Grand Tower Suites
          145 E. Harmon Avenue, Unit 10-814
12        Las Vegas, NV 89109

13        3722 Las Vegas Blvd. South, Unit 3502
          Las Vegas, NV 89158
14

15   8.    On July 10, 2018, I asked Ace Legal to attempt to serve Mr. Kontilai at those two

16   addresses.  They were unable to do so and they were unable to confirm that Mr. Kontilai even

17   lived at those addresses.

18                              **Service by Mail**

19   9.    On July 11, 2018, we attempted to serve Mr. Kontilai with the summons and

20   complaint by mail, with returned receipt requested, as permitted by the California Code of Civil

21   Procedure.  I caused envelopes to be sent to the following addresses, which consisted of all four

22   addresses discovered above where we believed that Mr. Kontilai may reside or accept service:

23        3565 Las Vegas Blvd. South, #337
          Las Vegas, NV
24
          566 Tam O Shanter
25        Las Vegas, NV 89109

26        MGM Grand Tower Suites
          145 E. Harmon Avenue, Unit 10-814
27        Las Vegas, NV 89109

28

3722 Las Vegas Blvd. South, Unit 3502
Las Vegas, NV 89158

10. All of the envelopes were returned to us unopened with the return receipt card unsigned in late July 2018 and early August 2018. Copies of the four envelopes are attached as Exhibit C.

### Additional Attempts

11. On August 7, 2018, Judge Dale S. Fischer for the United States District Court for the Central District of California ordered this action to be transferred from the Central District of California to the District of Nevada. On September 1, 2018, the District of Nevada issued a summons for Mr. Kontilai.

12. I consulted with another private investigator, Omar Rodriguez at Pivotal Investigations. Mr. Rodriguez concluded that the Tam O Shanter address was most likely the current address of Mr. Kontilai and his wife. He also informed me that an entity named Collector's Café, owned by Mr. Kontilai, was located at 400 S. 4th Street, Las Vegas, CA 89101.

13. Therefore, on September 13, 2018, I requested a process server, Bullet Legal Services, to again attempt to serve Mr. Kontilai at the Tam O Shanter address. The process server informed me that he was told that Mr. Kontilai did not live at that address.

14. On September 24, 2018, I requested that Bullet Legal Services attempt to serve Mr. Kontilai at the 400 S. 4th Street address for Collector's Café, and another address I had found in recent insurance documents for Collector's Coffee, 8020 Las Vegas Blvd. South, Las Vegas, NV 89123. The process server informed me that Collector's Café was not at the first address and that Mr. Kontilai and Collector's Café had a mailbox at the second address.

Executed this 3d day of October 2018, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Lori Sambol Brody

1127238.1

# NEVADA SECRETARY OF STATE
## Barbara K. Cegavske

Search nvsos.gov...        GO

SOS INFORMATION | ELECTIONS | BUSINESSES | LICENSING | INVESTOR INFORMATION | ONLINE SERVICES

**My Data Reports   Commercial Recordings   Licensing**

# COLLECTOR'S COFFEE, INC.

Q New Search       Manage this Business    $ Calculate List Fees    🖶 Printer Friendly

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 11/1/2007 |
| Type: | Domestic Corporation | Entity Number: | E0754932007-3 |
| Qualifying State: | NV | List of Officers Due: | 11/30/2018 |
| Managed By: | | Expiration Date: | |
| NV Business ID: | NV20071411377 | Business License Exp: | 11/30/2018 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | ROBERT K. SPARKS | Address 1: | 7424 W SAHARA AVE |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89117 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Noncommercial Registered Agent | | |

View all business entities under this registered agent

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 650,000.00 |
| Par Share Count: | 12,500,000.00 | Par Share Value: | $ 0.01 |
| Par Share Count: | 52,500,000.00 | Par Share Value: | $ 0.01 |

−| **Officers**       ▢ Include Inactive Officers

## President - MYKALAI KONTILAI

| | | | |
|---|---|---|---|
| **Address 1:** | 3565 LAS VEGAS BLVD SOUTH #337 | **Address 2:** | |
| **City:** | LAS VEGAS | **State:** | NV |
| **Zip Code:** | 89109 | **Country:** | |
| **Status:** | Active | **Email:** | |

## Secretary - MYKALAI KONTILAI

| | | | |
|---|---|---|---|
| **Address 1:** | 3565 LAS VEGAS BLVD SOUTH 337 | **Address 2:** | |
| **City:** | LAS VEGAS | **State:** | NV |
| **Zip Code:** | 89109 | **Country:** | |
| **Status:** | Active | **Email:** | |

## Treasurer - MYKALAI KONTILAI

| | | | |
|---|---|---|---|
| **Address 1:** | 3565 LAS VEGAS BLVD SOUTH #337 | **Address 2:** | |
| **City:** | LAS VEGAS | **State:** | NV |
| **Zip Code:** | 89109 | **Country:** | |
| **Status:** | Active | **Email:** | |

## Director - MYKALAI KONTILAI

| | | | |
|---|---|---|---|
| **Address 1:** | 3565 LAS VEGAS BLVD SOUTH #337 | **Address 2:** | |
| **City:** | LAS VEGAS | **State:** | NV |
| **Zip Code:** | 89109 | **Country:** | |
| **Status:** | Active | **Email:** | |

## Director - OMAR LICEAGA

| | | | |
|---|---|---|---|
| **Address 1:** | 566 TAM O'SHANTER | **Address 2:** | |
| **City:** | LAS VEGAS | **State:** | NV |
| **Zip Code:** | 89109 | **Country:** | |
| **Status:** | Active | **Email:** | |

## Director - ADRIANA SANCHEZ

| | | | |
|---|---|---|---|
| **Address 1:** | 566 TAM O'SHANTER | **Address 2:** | |
| **City:** | LAS VEGAS | **State:** | NV |
| **Zip Code:** | 89109 | **Country:** | |
| **Status:** | Active | **Email:** | |

---

**─ | Actions\Amendments**

Click here to view 18 actions\amendments associated with this company

101 N Carson Street Suite 3 Carson City, NV 89701 | (775) 684-5708

© 2018 All Rights Reserved. Terms of Use | Privacy Policy and Disclaimer | About This Site

### Motor Vehicle Record

**Source Information**
Coverage Begin Date:                         01/01/2000

Information Current Through:                  06/05/2018

Database Last Updated:                        06/22/2018

Update Frequency:                             2X MONTHLY

Current Date:                                 07/02/2018

Source:                                       DEPT. OF MOTOR VEHICLES

**Vehicle Information**
VIN:                                          1LNHM83W34Y684308

Vehicle Type:                                 PASSENGER CAR

Model Year:                                   2004

Make:                                         LINCOLN

Body Style:                                   SEDAN 4D 6P

Model/Series:                                 TOWN CAR ULTIMATE

**Registration Information**
Registration Renewal Date:                    03/08/2018

Expiration Date:                              03/05/2019

Registrant(s) Since:                          04/13/2013

Name:                                         KONTILAI, MYKALAI

Interest:                                     REGISTRANT

Mailing Address:                              566 TAM O SHANTER
                                              LAS VEGAS, NV 89109-1494

County:                                       CLARK

**Title Information:**
Original Title Date:                          03/01/2013

Title Number:                                 NV005984377 4

Name:                                         KONTILAI, MYKALAI

| | |
|---|---|
| Interest: | OWNER |
| Title Transaction Date: | 03/01/2013 |
| Mailing Address: | 3565 LAS VEGAS BLVD S 337<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 1**

| | |
|---|---|
| Registration Renewal Date: | 03/01/2017 |
| Expiration Date: | 03/05/2018 |
| Name: | KONTILAI, MYKALAI |
| Interest: | REGISTRANT |
| Mailing Address: | 566 TAM O SHANTER<br>LAS VEGAS, NV 89109-1494 |
| County: | CLARK |

**Historical DMV Record 2**

| | |
|---|---|
| Registration Renewal Date: | 03/02/2016 |
| Expiration Date: | 03/05/2017 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | KONTILAI, MYKALAI |
| Interest: | REGISTRANT |
| Mailing Address: | 3565 LAS VEGAS BLVD S<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 3**

| | |
|---|---|
| Registration Renewal Date: | 03/16/2015 |
| Expiration Date: | 03/05/2016 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | KONTILAI, MYKALAI |

| | |
|---|---|
| Interest: | REGISTRANT |
| Mailing Address: | 3565 LAS VEGAS BLVD S<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 4**

| | |
|---|---|
| Registration Renewal Date: | 03/05/2014 |
| Expiration Date: | 03/05/2015 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | KONTILAI, MYKALAI |
| Interest: | REGISTRANT |
| Mailing Address: | 3565 LAS VEGAS BLVD S<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 5**

| | |
|---|---|
| Registration Renewal Date: | 08/17/2013 |
| Expiration Date: | 02/02/2014 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | KONTILAI, MYKALAI |
| Interest: | REGISTRANT |
| Mailing Address: | 3565 LAS VEGAS BLVD S<br>LAS VEGAS, NV 89109-8919 |
| County: | CLARK |

**Historical DMV Record 6**

| | |
|---|---|
| Registration Renewal Date: | 06/06/2012 |
| Expiration Date: | 06/28/2013 |
| Issuing State: | NV |

| | |
|---|---|
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 7**

| | |
|---|---|
| Registration Renewal Date: | 05/31/2011 |
| Expiration Date: | 06/28/2012 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 8**

| | |
|---|---|
| Registration Renewal Date: | 06/02/2010 |
| Expiration Date: | 06/28/2011 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 9**

| | |
|---|---|
| Registration Renewal Date: | 06/02/2009 |
| Expiration Date: | 06/28/2010 |

| | |
|---|---|
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 10**

| | |
|---|---|
| Registration Renewal Date: | 06/06/2008 |
| Expiration Date: | 06/28/2009 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 11**

| | |
|---|---|
| Registration Renewal Date: | 05/25/2007 |
| Expiration Date: | 06/28/2008 |
| Issuing State: | NV |
| Previous Plate State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 2091 COTTON VALLEY ST<br>HENDERSON, NV 89052-7141 |
| County: | CLARK |

**Historical DMV Record 12**

| | |
|---|---|
| Registration Renewal Date: | 06/20/2006 |
| Expiration Date: | 06/28/2007 |
| Issuing State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 44 DESERT HIGHLANDS DR<br>HENDERSON, NV 89052-6521 |
| County: | CLARK |

**Historical DMV Record 13**

| | |
|---|---|
| Registration Renewal Date: | 06/24/2005 |
| Expiration Date: | 06/28/2006 |
| Issuing State: | NV |
| Name: | BYRON D. FORD |
| Interest: | REGISTRANT |
| Mailing Address: | 44 DESERT HIGHLANDS DR<br>HENDERSON, NV 89052-6521 |
| County: | CLARK |

**Historical DMV Record 14**

| | |
|---|---|
| Title Transfer Date: | 07/22/2004 |
| Name: | FORD MOTOR CREDIT |
| Interest: | LIEN HOLDER |
| Mailing Address: | PO BOX 105704<br>105704<br>ATLANTA, GA 30348-5704 |
| County: | FULTON |
| Title Transfer Date: | 07/22/2004 |
| Name: | BYRON D. FORD |
| Interest: | OWNER |
| Mailing Address: | 44 DESERT HIGHLANDS DR |

HENDERSON, NV 89052-6521

**County:**                                  CLARK

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document**                          © 2018 Thomson Reuters. No claim to original U.S. Government Works.

EXHIBIT C

EXHIBIT C

UNITED STATES POSTAGE
$
02 1P
0003201307
MAILED FROM ZIP

Lori Brody
2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067



RECEIVED
JUL 27 2018
Browne George Ross LLP

7017 0530 0000 3180 1299

Mykalai Kontilai
3565 Las Vegas Blvd. South
# 337
Las Vegas, Nevada 89109

NIXIE        89109521⁴-1N        07/24/18

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



UNITED STATES POSTAGE
$
02 1P
0003201307
MAILED FROM ZIP

RECEIVED

AUG 06 2018

Browne George Ros

AUG 6 2018

Browne George Ross LLP

7015 0640 0000 0945 3381

Lori Brody
2121 Avenue ... ...
Suite 2800
Los Angeles, California 90067

Mykalai Kontilai
566 Tam O Shanter
Las Vegas, Nevada 89109

NIXIE          851    42 1
                             0107/29/18
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
MANUAL PROC REQ
210A4N210112-00827

UNITED STATES POSTAGE

$

Thu 19 JUL 2018 AM
West Valley PMDC

Return To Sender
Return To Sender
Return To Sender

We do not
accept certified
Mail

RECEIVED
JUL 2 7 2018
Browne George Ross LLP

...ontilai
...a Grand
...roperty Tower Suites
145 E. Harmon Ave, Unit 10-814
Las Vegas, Nevada 89109

UNABLE TO FORWARD | FOR REVIEW*E034**
BC: 89109464413 DUJ184N2000095*0714

N C0007/18/18

NIXIE          851   CE 1     8107/24/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 90067505200  2184N206035-00035

Lori B
2121 A
Suite 2
Los A

UNITED STATES POSTAGE

$

02 1P
0003201307
MAILED FROM ZIP



DECLINE

RECEIVED
AUG - 1 2018

Brown [illegible] LLP

NIXIE          851      F2 1                    0007/29/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC:        90067505200     2104N210110-01038

Mykalai Kontilai
3722 Los Vegas Blvd. South
Unit 3503






7015 0640 0000 0945 7704

Lori Brody
2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067

# EXHIBIT 2

# EXHIBIT 2

# AFFIDAVIT OF NON-SERVICE

## UNITED STATES DISTRICT COURT
### Central District of California

Case Number: 2:18-CV-05190-DSF-
PLA

Plaintiff:
**MEHRDAD TAGHDIRI, an individual**

vs.

Defendants:
**MYKALAI KONTILAI, an individual; and COLLECTORS COFFEE, INC., a
Nevada corporation**

Received by Ace Attorney Service, Inc. (Los Angeles) on the 14th day of June, 2018 at 1:11 pm to be
served on **MYKALAI KONTILAI, 3565 Las Vegas Blvd. South, Suite #337, Las Vegas, NV 89109.**

I, Anthony Spada, being duly sworn, depose and say that on the **17th day of July, 2018** at **4:14 pm**, I:

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT,
CERTIFICATION AND NOTICE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT TO UNITED
STATES JUDGES, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM and STANDING
ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER** for the reasons detailed in the
comments below.

**Additional Information pertaining to this Service:**

6/15/2018 1:11 pm Attempted service was made at the address of 3565 Las Vegas Blvd. South, Suite
#337, Las Vegas, NV 89109. This is a commercial address. The business tenant is The UPS Store; a mail
box and shipping business. The staffer could not provide information regarding previous or current
customers.

6/15/2018 1:29 pm Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. No lights were observed within the residence. A dog was heard barking within the
residence. No vehicle was observed.

6/16/2018 11:42 am Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. No lights were observed within the residence. A dog was heard barking within the
residence. No vehicle was observed. The guard confirmed that the Kontilai's are listed on the community
database as occupying this residence. .

6/18/2018 8:00 am Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. No lights were observed within the residence. A dog was heard barking within the
residence. No vehicle was observed.

6/19/2018 7:29 pm Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. No lights were observed within the residence. A dog was heard barking within the
residence. No vehicle was observed.

7/11/2018 7:38 pm Attempted service was made at the address of 566 Tam O Shanter, Las Vegas, NV
89109. This address is within a guard gated condo community. A guard escort was received. No response
was received at the door. Observed lights within the residence. A dog was heard barking within the



## AFFIDAVIT OF NON-SERVICE For 2:18-CV-05190-DSF-PLA

residence. No vehicle was observed.

7/12/2018 9:18 am Attempted service was made at the address of 145 E. Harmon Avenue, Unit 10-814, Las Vegas, NV 89109. This address is a high rise community having 3 buildings. The concierge in building 1 could not assist and stated that security was not available to assist.

7/12/2018 10:14 am Attempted service was made at the address of 3722 Las Vegas Blvd. South, Unit 3502, Las Vegas, NV 89158. This address is a luxury high rise living community. The concierge (white, female, 25 y/o, 5'5", 130 lbs., brown hair, no glasses) was unable to provide information regarding tenants and guests.

7/16/2018 11:46 am Attempted service was made at the address of 145 E. Harmon Avenue, Unit 10-814, Las Vegas, NV 89109. This address is a high rise community having 3 buildings. The concierge in building 1 could not assist and stated that security was not available to assist.

7/16/2018 12:38 pm Attempted service was made at the address of 3722 Las Vegas Blvd. South, Unit 3502, Las Vegas, NV 89158. This address is a luxury high rise living community. The concierge (white, male, 30 y/o, 6'0", 200 lbs., brown hair, no glasses) was unable to provide information regarding tenants and guests.

7/17/2018 3:42 pm Attempted service was made at the address of 145 E. Harmon Avenue, Unit 10-814, Las Vegas, NV 89109. Doris (black, female, 35 y/o, sitting, brown hair, no glasses), Residential Services, stated that Mykalai Kontilai did not live at this community.

7/17/2018 4:14 pm Attempted service was made at the address of 3722 Las Vegas Blvd. South, Unit 3502, Las Vegas, NV 89158. This address is a luxury high rise living community. The Conierge, Marie (Hispanic, female, 30 y/o, 5'4", 145 lbs., brown hair, no glasses) stated that Mykalai Kontilai did not live in this community.

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

State of Nevada
County of Clark

Subscribed and Sworn to before me on the __3ʳᵈ__ day of __Augsт__ , __2018__ by the affiant who is personally known to me.

NOTARY PUBLIC

Anthony Spada
R-045877

**Ace Attorney Service, Inc. (Los Angeles)**
811 Wilshire Boulevard, Suite 900
Los Angeles, CA 90017
(213) 623-3979

Our Job Serial Number: BRT-2018002016
Ref: 1584528



BERT LOTT
Notary Public, State of Nevada
Appointment No. 07-4864-1
My Appt. Expires Sept 14, 2019

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

EXHIBIT 3

EXHIBIT 3

# AFFIDAVIT OF DUE DILIGENCE

**State of Nevada**

**United States District Court**

Case Number: 2:18-CV-01475-RFB-VCF

Plaintiff:
**MEHRDAD TAGHDIRI, an individual**

vs.

Defendants:
**MYKALAI KONTILAI, an individual; and COLLECTORS COFFEE, INC.; a
Nevada corporation**

Received by Bullet Legal Services on the 13th day of September, 2018 at 4:29 pm to be served on
**MYKALAI KONTILAI, 566 Tam O'Shanter, Las Vegas, NV 89109.**

I, Anthony Spada, being duly sworn, depose and say that on the **27th day of September, 2018** at **4:47 pm,**
I:

**NON-SERVED** the **SUMMONS IN A CIVIL ACTION, CERTIFICATION AND NOTICE OF INTERESTED
PARTIES and COMPLAINT**. After due search, careful inquiry and diligent attempts was unable to serve
on **MYKALAI KONTILAI** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**

9/14/2018 2:32 pm Attempted service was made at the address of 566 Tam O'Shanter, Las Vegas, NV
89109. This address is within a guard gated community. A guard escort was received. The guard stated
that Mykalai Kontilai owns the property but does not know if he lives there. She knows that a female lives at
the address. The guard stated that surveillance is not allowed within the community. The Affiant received a
response at the door. Maria (Hispanic, female, 65 y/o, 5'5', 150 lbs., grey hair, no glasses) stated that she
has been renting this residence for approximately 2 years. She pays her rent to a property management
company. Maria did not know the Kontilai's. Maria did not match the provided photograph. Observed two
vehicles parked in the proximity of the residence: Nevada plate 925YDX and Nevada specialty plate US
914A.

9/17/2018 8:13 am Attempted service was made at the address of 566 Tam O'Shanter, Las Vegas, NV
89109. This address is within a guard gated community. A guard escort was received. Observed two
vehicles parked in the proximity of the residence: Nevada plate 925YDX and Nevada specialty plate US
914A.

9/19/2018 7:13 pm Attempted service was made at the address of 566 Tam O'Shanter, Las Vegas, NV
89109. This address is within a guard gated community. A guard escort was received. Observed two
vehicles parked in the proximity of the residence: Nevada plate 925YDX and Nevada specialty plate US
914A.

9/20/2018 11:01 am Attempted service was made at the address of 566 Tam O'Shanter, Las Vegas, NV
89109. This address is within a guard gated community. A guard escort was received. Observed two
vehicles parked in the proximity of the residence: Nevada plate 925YDX and Nevada specialty plate US
914A.

9/25/2018 10:03 am Attempted service was made at the address of Collector's Cafe/Collectors Coffee, 400
S. 4th Street, Las Vegas, NV 89101. This is a commercial address. A unit number was missing for this
address. The building directory did not contain the name of Collector's Cafe/Collectors Coffee. The security
guard (white, 65 y/o, sitting grey hair, no glasses) stated that Collector's Cafe one occupied a space on the
first floor approximately 4 years ago. He stated that is as a space where collector met to trade. The guard
believes Collector's Cafe went out of business. No additional information was available.



## AFFIDAVIT OF DUE DILIGENCE For 2:18-CV-01475-RFB-VCF

9/27/2018  4:47 pm  Attempted service was made at the address of Collector's Cafe/Collectors Coffee, 8020 Las Vegas Blvd. South, Las Vegas, NV 89123.  This is commercial address.  The business tenant is Smartstop Self Storage, (888) 79-storage: storage facility with mailboxes.  The staffer (white, female, 50 y/o, sitting, glasses) confirmed that Mykalai Kontilai and Collector's Cafe had a mailbox at this location.  She stated that she is authorized to sign for all packages.  She did not provide the mailbox number.

I certify that at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made.

Anthony Spada
R-045877

**Bullet Legal Services**
**1930 Village Center Circle, #3-965**
**Las Vegas, NV 89134**
**(702) 823-1000**

State of Nevada
County of Clark

Subscribed and sworn to before me on the _4th_
day of _Octobre_ , _2018_ by the affiant
who is personally known to me.

NOTARY PUBLIC

Our Job Serial Number: BRT-2018003017

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p



BERT LOTT
Notary Public, State of Nevada
Appointment No. 07-4864-1
My Appt. Expires Sept 14, 2019

**EXHIBIT 4**

**EXHIBIT 4**

# AFFIDAVIT OF DUE DILIGENCE

## UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA
## CLARK COUNTY, STATE OF NEVADA

MEHRDAD TAGHDIRI, an individual,

Plaintiff(s)

v.

MYKALAI KONTILAI, an individual; et al.,

Defendant(s)

Case No.:2:18-cv-01475-RFB-VCF
Charles H. McCrea, Esq., Bar No. 104
Hejmanowski & McCrea LLC
520 S. 4th Street, Suite 320
Las Vegas, NV 89101
(702) 834-8777
*Attorneys for the Plaintiff*

Client File# 1662-0001 CHM

I, Judith Mae All, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Summons in a Civil Action; Complaint, from Hejmanowski & McCrea LLC

That attempts were made to serve Mykalai Kontilai with Summons in a Civil Action; Complaint, at:

Attempted at 566 Tam O'Shanter, Las Vegas, NV 89109 On 9/14/2018 at 5:46 PM
Results: Guard gated community.  Roving guard met at property and stayed in his car while I went to door.  No answer, quiet, wheelchair on porch, camera at door.  Silver Cadillac Town Car -  Nevada Plate number 925YDX parked in space #566.

Attempted at 566 Tam O'Shanter, Las Vegas, NV 89109 On 9/15/2018 at 3:17 PM
Results: Guard gated community, no escort available, but allowed access.  SPOKE WITH:  Maria Perez (Latino, Female, 60's 5'7", 170 lbs., Gray hair, Brown eyes).   She stated that she does not know Mykalai Kontilai, insists he does not reside at this residence.

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.  I declare under perjury that the foregoing is true and correct.

Judith Mae All
Registered Work Card# R-040570
State of Nevada

State of: _NEVADA_
County of: _CLARK_

Subscribed and sworn before me, a
Notary Public, this _3RD_ day of
_OCTOBER_ 2018

BY: Judith Mae All

Jeffrey Price
Notary Public
My Commission expires on: 5/19/2021

JEFF PRICE
Notary Public, State of Nevada
Appointment No. 13-10453-1
My Appt. Expires May 19, 2021

Service Provided for:
Nationwide Legal Nevada, LLC
626 S. 7th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

