1  Charles H. McCrea (SBN #104)
   HEJMANOWSKI & McCREA LLC
2  520 South Fourth Street, Suite 320
   Las Vegas, Nevada 89101
3  P 702.834.8777 | F 702.834.5262
   chm@hmlawlv.com
4

5  Guy C. Nicholson (admitted *pro hac vice*)
   BROWNE GEORGE ROSS LLP
6  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
7  P 310.274.7100 | F 310.275.5697
   gnicholson@bgrfirm.com
8

9  *Attorneys for Plaintiff MEHRDAD TAGHDIRI*

10              **UNITED STATES DISTRICT COURT**

11              **FOR THE DISTRICT OF NEVADA**

12

13  | MEHRDAD TAGHDIRI, an individual, | Case No.: 2:18-cv-01475-RFB-VCF |
14  | Plaintiff, | |
15  | vs. | **STIPULATION AND ORDER OF** |
16  | | **DISMISSAL WITH PREJUDICE** |
17  | MYKALAI KONTILAI, an individual; and COLLECTORS COFFEE, INC., a Nevada corporation, | |
18  | | |
19  | Defendants. | |

20

                          **STIPULATION**
21
        Plaintiff MEHRDAD TAGHDIRI and Defendants MYKALAI KONTILAI and
22
   COLLECTORS COFFEE, INC., by and through their respective undersigned counsel, hereby
23
   stipulate and agree that the above-captioned action shall be dismissed with prejudice with each
24
   party to bear his/its own attorneys' fees and costs.
25
   . . . .
26
   . . . .
27
   . . . .
28

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777

                              Page 1 of 2

1    DATED: December 17, 2018         DATED: ~~December~~ January 15, ~~2018~~ 2019

2    HEJMANOWSKI & McCREA LLC       WILSON, ELSER LLP

3

   By: _____        By: _____

4       Charles H. McCrea (SBN #104)       David Kahn (SBN #7038)
      520 South Fourth Street, Suite 320     300 South 4th Street, 11th Floor

5       Las Vegas, Nevada 89101        Las Vegas, Nevada 89101

6    Guy C. Nicholson (admitted *pro hac vice*)    Attorneys for Defendants MYKALAI
   BROWNE GEORGE ROSS LLP        KONTILAI and COLLECTORS COFFEE,
7

   2121 Avenue of the Stars, Suite 2800      INC.

8    Los Angeles, California 90067

9    *Attorneys for Plaintiff MEHRDAD*
   *TAGHDIRI*

10

11

12

13                              **ORDER**

14      IT IS SO ORDERED.

15

16

17                       _____
                        RICHARD F. BOULWARE, II

18                         UNITED STATES DISTRICT JUDGE

                        DATED this 24th day of January, 2019.

19

20

21

22

23

24

25

26

27

28

HEJMANOWSKI &
McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS,
NEVADA 89101
(702) 834-8777